**Lawrence Banigan, Esq.**
**Attorney & Counselor at Law**
41 Hilton Avenue
Hempstead, New York 11550
---------------------------
Tel. (516) 248-2474
Fax (516) 248-2477
e-mail: lurencebangan@optonline.net

| | |
|---|---|
| **Lawrence Banigan** | **Legal Assistants** |
| --------------------------- | ---------------------------------- |
| **George Pappachen** | **Suheiry Vasquez** |
| **Jeffrey J. Weiss – MA & NH** | **Esther Yu** |
| | **Celeste Rivera** |

September 20, 2007

Hon. A. Kathleen Tomlinson
U.S. Magistrate EDNY
U.S. Courthouse
Central Islip NY 11722

      RE:  *Aldo Gervasi et al v. Josephson et al*  -  CV 06-3878 (JS) (AKT)
           Settlement conference with all eight plaintiffs

Dear Magistrate Tomlinson:

      After a month plus of pulling and prodding I finally managed to get all eight plaintiffs to agree to attend a settlement conference. Given the amount of time needed to herd eight plaintiffs into one room I request that your honor schedule the conference for a date in October. This morning Assistant Suffolk County Attorney Brian Mitchell advised me that the following days were open for him: October 3, 10 and 24. Those days are good for me as well; I admonished the plaintiffs that inasmuch as they were the parties initiating the litigation, they had to accommodate themselves to the Court's schedule.

      Very truly yours,

      s/ Lawrence Banigan
      Lawrence Banigan

cc: Brian Mitchell, Esq.