<div style="text-align:center">
**Lawrence Banigan, Esq.**
Attorney & Counselor at Law
41 Hilton Avenue
Hempstead, New York 11550
----------------------------
Tel. (516) 248-2474
Fax (516) 248-2477
e-mail: lurencebangan@optonline.net
</div>

Lawrence Banigan
--------------------------------
George Pappachen
Jeffrey J. Weiss – MA & NH

Legal Assistants
--------------------------------
Suhelry Vasquez
Esther Yu

December 26, 2007

Hon. A. Kathleen Tomlinson
U.S. Magistrate EDNY
U.S. Courthouse
Central Islip NY 11722

      RE:  *Aldo Gervasi et al v. Josephson et al*  - (JS) (AKT)
           Plaintiffs' signatures on settlement papers

Dear Magistrate Tomlinson:

      All eight plaintiffs have signed the settlement papers. As per the Suffolk County Attorney's instructions, I am returning the signed originals to the Suffolk County Attorney for filing.

<div style="margin-left:50%">
Very truly yours,

s/ Lawrence Banigan
Lawrence Banigan
</div>

cc: Brian Mitchell, Esq.